IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, ) <br> SHEET METAL WORKERS' NATIONAL ) <br> PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 1:10-cv-432 (LO/TCB) <br> v. ) <br> ) <br> C.J. MULDOON & SONS CORP. *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | |

## ORDER

Upon Motion of Plaintiff, BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, for good cause shown, it is hereby ORDERED that the time for Plaintiff to serve summons and complaint upon Defendants is extended up to and including October 28, 2010.

ENTERED  8\31\ , 2010.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge