**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BOARD OF TRUSTEES,** ) | |
| **SHEET METAL WORKERS' NATIONAL** ) | |
| **PENSION FUND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 1:10-cv-432 (LO/TCB)** |
| **v.** ) | |
| ) | |
| **KATHRYN AHERN dba** ) | |
| **C.J. MULDOON & SONS CORP.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT**

To:     Kathryn Ahern dba C.J. Muldoon & Sons, Corp.
311 South Street
Chestnut Hill, MA 02467

Please take notice that the undersigned will bring Plaintiff's Motion for Default Judgment for hearing before the United States District Court for the Eastern District of Virginia, Alexandria Division, on February 11, 2011 at 10:00 AM, or as soon thereafter as counsel may be heard.

Dated: February 4, 2011                    Respectfully submitted,

                                        _____/s/_____
Sarah Naji
VA Bar No. 72966
Attorney for Plaintiff
Slevin & Hart, P.C.
1625 Massachusetts, Ave. NW, Ste. 450
Washington, D.C. 20036
Phone: (202) 797-8700
Fax: (202) 234-8231
snaji@slevinhart.com

1

## CERTIFICATE OF SERVICE

I  HEREBY CERTIFY that on this 4th day of February, 2011, I served the foregoing

Notice of Hearing on Motion for Default Judgment upon Defendant by sending copies of the

same via email and first class mail, postage prepaid, to the following address:

> Kathryn Ahern dba C.J. Muldoon & Sons, Corp.
> 311 South Street
> Chestnut Hill, MA 02467
> kahern1@yahoo.com

                                    /s/
                            Sarah G. Naji
                            VA Bar No. 72966
                            Attorney for Plaintiff
                            Slevin & Hart, P.C.
                            1625 Massachusetts Avenue, Suite 450
                            Washington, DC  20036
                            Phone: (202) 797-8700
                            Fax: (202) 234-8234
                            snaji@slevinhart.com

335502v1