## MOTION HEARING

Date: February 11, 2011

Judge: Theresa Carroll Buchanan
Reporter: FTR
Deputy Clerk: Glenda Walker

Start: 10:03
Finish: 10:04

Civil Action Number: ___ 1:10-CV-432-LO-TCB _____

Board of Trustees,Sheet Metal Worker's National Pension Fund

vs.

C.J. Muldoon & Sons Corp, et al.

Appearance of Counsel for ( X )Pltf   (   ) Deft
( X ) Matter is Uncontested
Motion to/for:

_____

_____

_____

_____

Argued &
(   ) Granted (   )Denied (   ) Granted in part/Denied in part
( X ) Taken Under Advisement  (   ) Continued to

_____

_____

_____

_____

_____

_____

( X  ) Report and Recommendation to Follow
(   ) Order to Follow