IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> KATHRYN AHERN doing business as C.J. MULDOON & SONS CORP., <br><br> Defendant. | Civil Action No. 1:10-cv-432 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated February 11, 2011 (Dkt. No. 21) recommending entry of default judgment against Defendant Kathryn Ahern doing business as C.J. Muldoon & Sons, Corp. Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund for a total of $150,284.92. This is the sum of the $96,816.50 unpaid Exit Contribution; $21,135.04 in interest through February 11, 2011; $21,135.04 in liquidated damages; $9,141.00 in reasonable attorneys' fees, and $2,057.34 in costs.

The Clerk of the Court is directed to enter default judgment against Defendants.

Alexandria, Virginia
March 2, 2011

/s/
Liam O'Grady
United States District Judge